**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| ANDRES GEOVANNI SOLORZANO MONJE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 9:26-cv-949-JDK |
| | § | |
| WARDEN, IAH SECURE ADULT DETENTION FACILITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Andres Geovanni Solorzano Monje's habeas petition under 28 U.S.C. § 2241. Docket No. 1. Petitioner previously filed two habeas petitions that this Court dismissed on September 28, 2026, and October 16, 2026. Because Petitioner's third petition raises a claim that could have been raised in his first, the Court finds that the third petition is an abuse of the writ of habeas corpus.

The Fifth Circuit has held that courts should dismiss a habeas petition as an "abuse of the writ" when a petitioner (1) "rais[ed] a claim in a subsequent petition that he could have raised in his first" or (2) "raise[d] the same claim a second time." *Beras v. Johnson*, 978 F.3d 246, 252 (5th Cir. 2020). Because Petitioner's third petition challenges the lawfulness of his arrest, he has "rais[ed] a claim in a subsequent petition that he could have raised in his first." *Id.* Therefore, his third petition is barred under the abuse-of-the-writ doctrine. *See, e.g.*, *Huynh v. Blanche*, 2026 WL 2386734, at *3 (N.D. Tex. Aug. 14, 2026) (finding that the petitioner's re-detention claim was covered by the abuse-of-the-writ doctrine). In any event,

Petitioner's argument fails, because habeas is an inappropriate remedy for a warrantless arrest. *Atehortua Ortiz v. Warden, Eden Det. Ctr.*, 2026 WL 2295760, at *2 (N.D. Tex. July 20, 2026); *see also Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 107 (2020) (describing habeas as a limited writ meant "to secure *release* from unlawful detention").

Accordingly, the Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**. All pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **3rd** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE